IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DERRICK C. ROBINSON, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | CIVIL NO. 11-169-DRH |
| ) | |
| DAVID REDNOUR, ) | |
| ) | |
| Respondent. ) | |

## MEMORANDUM AND ORDER

**HERNDON, Chief Judge:**

On March 17, 2011, petitioner was ordered to pay the $5.00 filing fee in this case not later than April 18, 2011 (Doc. 6). This date has since passed, and petitioner has not tendered the filing fee in full to this Court. As a result, **IT IS HEREBY ORDERED AND ADJUDGED** that this action is **DISMISSED** without prejudice for failure to comply with an order of this Court.. FED.R.CIV.P. 41(b); see generally *Ladien v. Astrachan,* 128 F.3d 1051 (7th Cir. 1997); *Johnson v. Kamminga,* 34 F.3d 466 (7th Cir. 1994). The Clerk is **DIRECTED** to close this case.

**IT IS SO ORDERED.**

**DATED:** April 26, 2011

Digitally signed by
David R. Herndon
Date: 2011.04.26
17:33:14 -05'00'

**Chief Judge**
**United States District Court**